1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER S. BRAY,

11            Plaintiff,                    No. CIV-09-0051 KJM P

12        vs.

13   MATHIS,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

19   statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28

20   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

21   prison trust account statement.

22            In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23   submit, within thirty days from the date of this order, a certified copy of his prison trust account

24   statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

25   /////

26   /////

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 30, 2009.

_____
U.S. MAGISTRATE JUDGE

4
bray0051.3c