IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. BRAY,

        Plaintiff,                  No. CIV S-09-0051 GGH (TEMP) P

    vs.

MATHIS,

        Defendant.             <u>ORDER</u>

_____/

        On April 8, 2010, defendant filed a motion to dismiss. On June 22, 2010, the magistrate judge previously assigned to this case noted that plaintiff had not opposed the motion and granted him thirty days to file opposition. On September 22, 2010, plaintiff filed a notice of change of address. IT IS HEREBY ORDERED that the Clerk of Court shall serve a copy of the motion to dismiss (docket #19) to plaintiff at his new address listed in docket #21. The plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition within twenty-one days. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 20, 2011                /s/ Gregory G. Hollows

                                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
bray0051.ord

1